IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TINA M. BRAGG, ET AL** <br><br> **PLAINTIFFS,** <br><br> **VS.** <br><br> **ERIK MCKINNEY, ET AL** <br><br> **DEFENDANTS.** | **CASE NO. 24-1181** |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

The undersigned attorney hereby enters his appearance as counsel on behalf of Plaintiff in the above-captioned case.

WHEREFORE, it is respectfully requested that this Honorable Court and the Clerk take notice of said appearance, adding the undersigned counsel as attorney of record for Plaintiff.

**RESPECTFULLY SUBMITTED.**

I HERBY CERTIFY that I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filling to the attorneys of record.

In San Juan, Puerto Rico, this 6 day of May 2024.

**RIVERA-ASPINALL, GARRIGA
& FERNANDINI, PSC**
Attorneys for Plaintiff
1647 Adams St., Summit Hills

2

San Juan, Puerto Rico   00920
Tel. (787) 792-8644
Fax (787) 792-6475

*S/Eduardo R. Jenks*
Eduardo R. Jenks
USDC PR# 300110
edjenks@yahoo.com