

📞 (787) 641-6263   |   ✉ buzon@poderjudicial.pr

📞 | ✉



## Consulta de Casos

Inicio / Consulta de Casos

Para realizar una consulta de un expediente físico o un expediente electrónico escriba el nombre y apellidos de la parte, el nombre de la entidad o el número de caso. También puede realizar una búsqueda avanzada.

← Regresar a búsqueda



**Detalles** ⓘ

| | | |
|---|---|---|
| **Partes** | **Número de caso** | **Región** |
| EL PUEBLO DE PUERTO RICO VS MCKINNEY, ERIC | K LE2023G0321 | SAN JUAN |
| **Categoría** | **Causa de acción** | **Estatus** |
| CRIMINAL | LEYES ESPECIALES | ACTIVO |

| 🗎 Información | → Señalamientos | 🗀 Expediente |
|---|---|---|

| Fecha | Vista | Salón | Juez |
|---|---|---|---|
| 01/11/2024 09:00 AM | CONTINUACION JUICIO EN SU FONDO | 1107 | ANA PAULINA CRUZ VELEZ |
| 31/10/2024 10:00 AM | CONTINUACION JUICIO EN SU FONDO | 1107 | ANA PAULINA CRUZ VELEZ |
| 30/10/2024 02:00 PM | CONTINUACION JUICIO EN SU FONDO | 1107 | ANA PAULINA CRUZ VELEZ |
| 29/10/2024 10:00 AM | CONTINUACION JUICIO EN SU FONDO | 1107 | ANA PAULINA CRUZ VELEZ |
| 18/10/2024 09:00 AM | CONTINUACION JUICIO EN SU FONDO | 1107 | ANA PAULINA CRUZ VELEZ |





**Enlaces Importantes**

Cómo navegar en el Nuevo Portal

Directorio del Poder Judicial

Decisiones del Tribunal Supremo

Decisiones del Tribunal de Apelaciones

Empleos

Formularios del Poder Judicial

Tribunal Electrónico

Servicios y Programas del Poder Judicial

Sitemap

Política de privacidad y términos de uso del portal de internet del Poder Judicial de Puerto Rico

Política de privacidad y términos de uso de la aplicación móvil del Poder Judicial de Puerto Rico

**Contáctanos**

Nombre

Correo Electrónico

Mensaje

Enviar

Poder Judicial de Puerto Rico © 2024