IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TINA M. BRAGG,

    Plaintiff,

        v.                            CIVIL NO. 24-1181 (PAD)

ERICK MCKINNEY,

    Defendant.

## JUDGMENT

In accordance with the Order issued today (Docket No. 18), judgment is hereby entered administratively closing this case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of November, 2024.

                                        s/Pedro A. Delgado-Hernández
                                        PEDRO A. DELGADO-HERNÁNDEZ
                                        United States District Judge